IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| DEDDRICK CAMPBELL, | ) |
| PLAINTIFF, | ) |
| v. | ) No. 03-2789 BV |
| CCL CUSTOM MANUFACTURING, INC. a TEXAS CORPORATION STEVE SHUTLER, TED MELLINGER, ROGER BOSS and CATHY REGENWETHER | ) |
| DEFENDANTS. | ) |

ORDER GRANTING MOTION TO QUASH PLAINTIFF'S MULTIPLE
NOTICES TO TAKE SATURDAY DEPOSITIONS AND FOR
PROTECTIVE ORDER
SET ASIDE ENTRY OF DEFAULT

This cause came to be heard on Defendant's Motion to Quash Plaintiff's Multiple Notices to Take Saturday Depositions and for Protective Order. Based on the record, the arguments of counsel, and for good cause shown, the Court is of the opinion that this Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Quash is hereby GRANTED, and a Protective Order is Entered prohibiting Plaintiff from Noticing any further weekend or after hour depositions without further action of This Court.

_____
JUDGE

DATE: May 27, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-1-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:03-CV-02789 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT