IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 JUN 16 PM 3: 19

CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| DEDDRICK CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 03-2789BV |
| | ) | |
| CCL CUSTOM MANUFACTURING, INC., | ) | |
| STEVE SHUTLER, TED MELLINGER, | ) | |
| ROGER BOSS, and CATHY | ) | |
| REGENWETHER | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ON DISCOVERY CONFERENCE AND AMENDING SCHEDULING ORDER

A discovery status conference was held on Thursday, June 16, 2005. Present were John R. Hershberger, attorney for the plaintiff, and Joseph M. Crout, attorney for the defendant. At the conference, the court ordered that the plaintiff may take depositions of the defendants on a week's notice on the available days provided by the defendants. The depositions will be taken on consecutive days, and will commence at 3:00 p.m. and terminate each day no later than 6:00 p.m. The deposition notices shall issue no later than Thursday, June 23, 2005. In addition, no later than Thursday, June 23, 2005, the plaintiff shall provide to the defendants five available dates for the plaintiff's deposition to be set on notice by the defendants.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __6-17-05__

44

Also, in order to complete discovery, it is necessary to extend the discovery deadline and dispositive motion deadline. Accordingly, the amended  Rule 16(b) Scheduling Order entered in this cause is amended as follows:

1.   Discovery completion deadline: <u>Friday, July 29, 2005.</u>

1.    Dispositive motions deadline: <u> Friday, August 26, 2005</u>

All other dates remain unchanged.

IT IS SO ORDERED this 16th day of June, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CV-02789 was distributed by fax, mail, or direct printing on June 17, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT