IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 OCT -4 AM 11: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DEDDRICK CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-2789-BV |
| | ) JURY TRIAL DEMANDED |
| CCL CUSTOM MANUFACTURING, INC., a TEXAS CORPORATION Steven Shutler, Ted Mellinger, Roger Boss, and Cathy Regenwether | ) |
| Defendant | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR STAY PENDING THE COURT'S DECISION REGARDING PLAINTIFF'S MOTION TO RECONSIDER**

Having considered the arguments of counsel for the parties and the entire record in this cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

Plaintiff's motion is well-taken and should be granted. Specific deadlines will be stayed as follows:

1. The Plaintiff's response deadline to Defendant's dispositive motion is extended to a point in time thirty days past the date of the Court's decision on Plaintiff's motion to reconsider.

Date: 10/3/05

JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-5-05

59

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CV-02789 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT