IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 21  PM 2: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| DEDDRICK CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2789-BV |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| CCL CUSTOM MANUFACTURING, INC., | ) | |
| a TEXAS CORPORATION | ) | |
| Steven Shutler, Ted Mellinger, Roger Boss, | ) | |
| and Cathy Regenwether | ) | |
| | ) | |
| Defendant | ) | |

---

## ORDER GRANTING PLAINTIFF'S
## MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT

---

Having considered the arguments of counsel for the parties and the entire record in this cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1.  Plaintiff's motion is well-taken and should be granted.  Plaintiff will be granted ten (10) additional days to respond to Defendant's Motion for Summary Judgment, until ~~November 5, 2005~~ December 8, 2005.

Date: _11/21/05_____      _____
                                     JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-21-05

62

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:03-CV-02789 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT