IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12 AM 10: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| DEDDRICK CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-2789-BV |
| ) | JURY TRIAL DEMANDED |
| CCL CUSTOM MANUFACTURING, INC., ) | |
| a TEXAS CORPORATION ) | |
| Steven Shutler, Ted Mellinger, Roger Boss, ) | |
| and Cathy Regenwether ) | |
| ) | |
| Defendant ) | |

### ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Having considered the arguments of counsel for the parties and the entire record in this cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

1. Plaintiff's motion is well-taken and should be granted. Plaintiff will be required to file his Memorandum and associated documents, in response to Defendant's Motion for Summary Judgment, on Monday, December 12th, 2005, at the pre-trial conference scheduled in this case at 1:30 p.m.

Date: 12/9/05

_____
JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-12-05

64

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CV-02789 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT