IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEDDRICK CAMPBELL,

    Plaintiff,

v.                                No. 03-2789 B

CCL CUSTOM MANUFACTURING INC.,
STEVE SHUTLER, TED MELLINGER,
ROGER BOSS, and CATHY
REGENWETHER,

    Defendants.

---

ORDER STRIKING PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Before the Court is the Memorandum in Opposition to Defendant's Motion for Summary Judgment filed by the Plaintiff, Deddrick Campbell, on December 13, 2005. Plaintiff's filing is fifty-two pages in length which exceeds the page limitation placed on pleadings by the Local Rules of this District. Local Rule 7.2(e) states that "[m]emoranda in support of or in opposition to motions shall not exceed twenty pages without prior court approval." LR7.2(e), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn. Because Plaintiff had not sought approval to file a memorandum exceeding twenty pages, the filing is hereby ORDERED stricken from the docket.[1]

---

[1] Plaintiff sought and was granted leave for an extension of time in which to file the instant memoranda in opposition to the Defendant's motion for summary judgment until Monday, December 12, 2005 at 1:30 p.m. At that time, Plaintiff's counsel informed the Court that due to equipment problems, the memorandum was not yet ready for filing, but would be filed on December 12, 2005. However, according to the Court's docket, the memorandum was not filed until December 13, 2005. While timeliness is not the basis for the instant rejection of the entry of the memorandum, the Court notes that the filing was untimely.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-21-05

Within eleven (11) days from the entry of this order, Plaintiff may resubmit a conforming response.

IT IS SO ORDERED this 20th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:03-CV-02789 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT